IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action |
| ) | Nos. 01-639 and |
| UNITED STATES DEPARTMENT ) | 01-720 |
| OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

JOINT REPORT

The parties submit this Joint Report pursuant to the Court's Order of August 31, 2004:

With respect to Civil Action No. 01-639, which concerns Plaintiff's Freedom of Information Act ("FOIA") request to the Office of the Deputy Attorney General, Plaintiff will agree to pay costs not to exceed $500 for the copying of any releasable documents. Accordingly, Defendant will re-process the requested documents in accordance with (1) the Court of Appeals' guidance on the presidential communications privilege and (2) the deliberative process privilege of Exemption 5 of FOIA. Defendant believes it can process the approximately 5,000 pages within 90 days. Following that processing, defendant will provide Plaintiff with a bill for the copying costs. Upon receipt of Plaintiff's payment, Defendant would provide copies of the documents that are releasable in whole or in part. Defendant would need 30 days following Plaintiff's payment to file a new motion for summary judgment with respect to those documents that are exempt from release, in whole or in part. Plaintiff would need 30 days to respond to

Defendant's summary judgment motion. Defendant would need 15 days to reply in support of its summary judgment motion.

With respect to Civil Action No. 01-720, which concerns the FOIA request sent to the Office of the Pardon Attorney, Plaintiff sought a blanket fee waiver. Defendant opposed the blanket fee waiver, and moved for summary judgment on the issue. This Court held that Plaintiff was not entitled to a fee waiver, and that decision was upheld on appeal. Accordingly, Civil Action No. 01-720 can be dismissed.

| | |
|---|---|
| September 13, 2004 | PETER D. KEISLER<br>Assistant Attorney General<br>KENNETH L. WAINSTEIN<br>United States Attorney<br>ELIZABETH SHAPIRO<br>Assistant Director<br>JOHN R. TYLER |
| JUDICIAL WATCH, INC. | Senior Trial Counsel |
| /s/<br>PAUL ORFANEDES (DC# 334581)<br>Judicial Watch, Inc..<br>501 School Street, S.W.<br>Suite 725<br>Washington, D.C. 20024<br><br>Telephone: (202) 646-5172 | /s/<br>SUSAN K. ULLMAN (DC# 426874)<br>Trial Attorney<br>United States Department of Justice<br>Federal Programs Branch, Room 7328<br>Civil Division<br><u>Mailing Address</u><br>P.O. Box 883<br>Washington, DC 20044<br><u>Delivery Address</u><br>20 Massachusetts Avenue, NW<br>Washington, DC 20001<br><br>Telephone: (202) 616-0680 |
| Counsel for Plaintiff | Counsel for Defendant |